PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

Sep 08, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF:<br><br>ALL FUNDS MAINTAINED AT TRI COUNTIES BANK ACCOUNT NUMBER 491039991, HELD IN THE NAME OF SIERRA EXECUTIVE GROUP, INC.,<br><br>ALL FUNDS MAINTAINED AT MECHANICS BANK ACCOUNT NUMBER 42073421, HELD IN THE NAME OF LEMON GOLD VENTURES, INC.,<br><br>ALL FUNDS MAINTAINED AT FIRST CITIZENS BANK ACCOUNT NUMBER 001064426523, HELD IN THE NAME OF BLACK ROCK INVESTMENTS, INC.,<br><br>ALL FUNDS MAINTAINED AT WYOCHEM FEDERAL CREDIT UNION ACCOUNT NUMBER 37648 (S9), HELD IN THE NAME OF LAKEVIEW TECHNOLOGY, AND<br><br>ALL FUNDS MAINTAINED AT HIGH DESERT BANK ACCOUNT NUMBER 4042002813, HELD IN THE NAME OF BABOON PRODUCTIONS, INC.,<br><br>                Defendants. | CASE NUMBER:<br>2:17-SW-0961-EFB<br>2:17-SW-0962-EFB<br>2:17-SW-0963-EFB<br>2:17-SW-0964-EFB<br>2:17-SW-0965-EFB<br><br><br>ORDER RE: REQUEST TO UNSEAL DOCUMENTS |
|---|---|

Upon application of the United States of America and good cause having been shown, IT IS

HEREBY ORDERED that the seizure warrants and seizure warrant affidavits in the above captioned

///

1

proceedings be and are hereby unsealed.

Date: September 8, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE